FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2015 NOV 13 PM 2:22

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CASE NO. CR412-086 |
| RASHELLA REED, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| TEACHERS RETIREMENT SYSTEM ) | |
| OF GEORGIA, ) | |
| ) | |
| Garnishee. ) | |

## O R D E R

Before the Court is Defendant's Motion Requesting a Stay of Order For Issuance of Writ of Garnishment (Doc. 429) and Defendant's Claim for Exemptions And/Or Request for Transfer (Doc. 430). The Government has filed a Response in Opposition (Doc. 434) to Reed's request for a stay. After careful consideration, Defendant's requests for a stay (Doc. 429) and for transfer are **DENIED**.[1] Defendant has not proffered a

---

[1] Defendant Reed requested a transfer to the Northern District of Georgia, Atlanta Division. According to 28 U.S.C. § 3004 "[i]f the debtor so requests, within 20 days after receiving the notice described in section 3101(d) or 3203(b), the action or proceeding in which the writ, order, or judgment was issued shall be transferred to the district court for the district in which the debtor resides." Currently, Defendant Reed is incarcerated in the Federal Correctional Institution in Aliceville, Alabama. Because Defendant is requesting a transfer to a district in which she does not reside, the request must be **DENIED**. See United States v. Peters, 783 F.3d 1361, 1364 (11th

compelling reason to impose a stay. Even if, as Defendant asserts, "when [her appeal is] successful, the Government will not have claims to [the] funds in question," Defendant can move at that time for the return her money. <u>Beardslee v. United States</u>, 2008 WL 4334711, at *3 (N.D. Cal. 2008). In regards to the Claim for Exemptions (Doc. 430), Defendant is directed to file within thirty days from the date of this order a brief and any supporting documentation regarding her argument that the property of Garnishee Teachers Retirement System of Georgia is exempt from garnishment. Following the filing of this brief, the Government shall have twenty days to respond. The Clerk of Court is **DIRECTED** to serve a copy of this order on the Garnishee, Teachers Retirement System of Georgia.

SO ORDERED this 13th day of November 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

Cir. 2015) (granting transfer to location of defendant's incarceration as it was "the district[] where he resides).